917 A.2d 781

STATE OF NEW JERSEY, PLAINTIFF, v. WARREN MCREE, DEFENDANT–MOVANT.

February 8, 2007.

This application having been previously considered and granted by the Court, and the Court having reconsidered the matter as part of defendant's petition for certification,

And the Court having determined that its grant of defendant's motion was improvident,

And good cause appearing;

IT IS ORDERED that the October 5, 2006, Order granting defendant's pro se motion to expand the record is vacated, without prejudice to a renewal of the application as part of an appropriate petition for post-conviction relief pursuant to *Rule* 3:22. See also, the Court's Order denying certification in C–563–06.